No. 00–6582.  ROSE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.  ■

No. 00–6597.  GARCIA PEREZ v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 00–6606.  MILLER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–6684.  GREENE v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 00–6689.  PATTERSON v. PIERSON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–6696.  VALDEZ v. UNITED STATES;
No. 00–6738.  RAMIREZ-CAPRISTO v. UNITED STATES;
No. 00–6742.  DIAZ-RAMIREZ v. UNITED STATES;
No. 00–6759.  TOVAR-ORTEGA v. UNITED STATES;
No. 00–6891.  TORRES-MONTES v. UNITED STATES; and
No. 00–6913.  GUZMAN-DIAZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6703.  KAMINSKY v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 00–6714.  CRANSHAW v. CHESNEY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE.  C. A. 3d Cir.  Certiorari denied.

No. 00–6725.  McNEILL v. OHIO.  Ct. App. Ohio, Lorain County.  Certiorari denied.

No. 00–6729.  ROBERTS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–6776.  CASTILLO v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–6777.  SARMIENTO v. UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT.  C. A. Fed. Cir.  Certiorari denied.

No. 00–6798.  ROMANO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.